UNITED STATES of America,
Plaintiff–Appellee,

v.

Timothy Larnell BASEMORE,
Defendant–Appellant.

No. 01–6392.

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided May 21, 2001.

Timothy Larnell Basemore, pro se. Cynthia Elaine Tompkins, Office of the United States Attorney, Raleigh, NC, for appellee.

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

PER CURIAM.

Timothy Larnell Basemore seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *See United States v. Basemore*, Nos. CR–97–5–FO; CA–01–17–4–F (E.D.N.C. Feb. 14, 2001). We dispense with oral argument because

---

* The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (2000).

* We recently held in *United States v. Sanders*, 247 F.3d 139 (4th Cir.2001) that the new rule

announced in *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Appellant's *Apprendi* claim is not cognizable.